**Order entered October 7, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-00896-CR**

**KYLE HERMAN HIBBARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1951973-R**

**ORDER**

Before the Court is appellant's pro se motion to proceed in forma pauperis, affidavit of indigency, and request for records. We **ORDER** attorney Lawrence B. Mitchell to provide appellant with copies of all motions filed with the Court on behalf of appellant, copies of court communications, responses, orders, and mandates in this case, and two copies of the Court's opinion. We further **ORDER** Lawrence B. Mitchell to provide written verification to the Court within **10 days** of the Order that he has complied with same.

/s/    DAVID J. SCHENCK
       JUSTICE